UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
ALPHONSO DIXON,

            Plaintiff,

   v.                                        18-cv-06714 (PKC)(RLM)

INTER-CON SECURITY SYSTEMS, INC.,
AND MATTHEW WHITAKER, in his
Official capacity as Acting Attorney
General of the United States,

            Defendants.
-----------------------------------------------------------------x

## DEFENDANT INTER-CON SECURITY SYSTEMS, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Inter-Con Security Systems, Inc. ("Defendant"), by and through its attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby certifies that: (i) Defendant has no parent company; and (ii) no publicly held corporation owns 10% or more of Defendant's stock.

Dated: New York, New York
         January 25, 2019

                                            OGLETREE, DEAKINS, NASH,
                                             SMOAK & STEWART, P.C.

                                             By: */s/ Evan B. Citron*
                                                  Evan B. Citron
                                            599 Lexington Avenue, 17th Floor
                                            New York, NY 10022
                                            212.492.2500

                                            *Attorneys for Defendant*
                                            *Inter-Con Security Systems, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 25, 2019, I served, via the CM/ECF system, a true and correct copy of the foregoing Defendant Inter-Con Security Systems, Inc.'s Rule 7.1 Disclosure Statement upon all parties registered to receive electronic notice.

*/s/ Evan B. Citron*
Evan B. Citron

37172026.1