# BUTLER & HARRIS
### ATTORNEYS

KATHERINE L. BUTLER
PARTNER

Board Certified-
Civil Appellate Law
Texas Board of
Legal Specialization

Fellow, College of Labor
and Employment Lawyers

August 14, 2019

The Honorable Roanne L. Mann
Chief Magistrate Judge
U.S. District Court for the Eastern District of New York
225 Cadmun Plaza East
Brooklyn, NY 11201

Re: Dixon v. Inter-Con; No. 1:18-cv-06714 (PKC) (RLM)

Dear Judge Mann:

The parties, Alphonso Dixon, and Inter-Con Security Systems, Inc., jointly and respectfully request the Court's assistance with a matter that will permit the parties to finalize the amicable resolution of this case.

The defendant represents that payment over time is a mandatory part of any settlement. The parties thus respectfully ask that the case be moved to the Court's suspense docket when their settlement is finalized – until the settlement proceeds are paid out. The parties represent that they will promptly file a stipulation of dismissal as soon as the final settlement payment is made in August 2020.

The parties greatly appreciate the Court's consideration of their request, which is made solely to allow the parties to finalize an amicable resolution of this matter.

Very truly yours,

*Katherine L. Butler*
Katherine L. Butler
Counsel for Alphonso Dixon

c: Evan Citron
Michael Murphy
Counsel for Inter-Con
Security Systems, Inc.

Herbert Eisenberg
John Griffin
Counsel for Alphonso Dixon