UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alphonso Dixon,<br>   Plaintiff<br><br>  -against-<br><br><br><br>Inter-Con Security Systems, Inc.,<br>and William Barr, in his<br>official capacity as Acting Attorney<br>General of the United States,<br>   Defendants. |  18 cv 06714<br><br>**JOINT STIPULATION OF<br>PARTIAL DISMISSAL WITH<br>PREJUDICE** |

  Pursuant to Federal Rule 41(a)(1)(ii), Alphonso Dixon, plaintiff and William Barr, defendant in the above-styled and numbered cause, respectfully stipulate that any and all claims that either party has or may have against the other are hereby DISMISSED WITH PREJUDICE. These two parties also hereby agree and stipulate that each party is responsible for its own costs and attorneys' fees as a result of this action.

Dated: September 12, 2019

                       Respectfully Submitted,

For Plaintiff:              Katherine L. Butler
                       Texas Bar No. 03526300
                       Butler & Harris
                       1007 Heights Blvd.
                       Houston, TX 77008
                       (713) 526-5677
                       kathy@butlerharris.com

For Attorney General Barr:     David C. Nelson
                       Special Attorney
                       Office of the U.S. Attorney, District of
                        Connecticut
                       CT Bar No. _____
                       Connecticut Financial Center

157 Church Street, 24th Floor
New Haven, Connecticut 06510
(203) 821-3700
David.C.Nelson@usdoj.gov